# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JANET PIROOZSHAD,

    Plaintiff,

v.

BJ'S RESTAURANTS, INC., *et al.*,

    Defendants.

Case No. 2:24-cv-01962-JAD-NJK

**Order**

On October 24, 2024, the Court ordered the parties to file a discovery plan by November 12, 2024. Docket No. 6. The parties violated that order. The Court again orders the parties to file a discovery plan, this time by November 15, 2024. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

    IT IS SO ORDERED.

    Dated: November 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge