# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANET PIROOZSHAD,<br><br>    Plaintiff,<br><br>v.<br><br>BJ'S RESTAURANTS, INC., *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-01962-JAD-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 14. Any response to the motion must be filed by February 17, 2025. The Court hereby **SETS** a hearing on the motion for 1:30 p.m. on February 24, 2025, in Courtroom 3C. Plaintiff, Plaintiff's counsel, and any newly retained counsel for Plaintiff must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Plaintiff's counsel must serve a copy of this order on Plaintiff and must file a proof of service no later than February 6, 2025.

Unless and until the Court grants this motion, counsel of record for Plaintiff remain her counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: February 4, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE