Brian M. Boyer, Esq.
Nevada Bar No. 12185
**THE INJURY FIRM | LAS VEGAS**
7391 W. Charleston Blvd., #120
Las Vegas, Nevada 89117
Telephone: (702) 514-1414
Facsimile: (702) 995-0503
Email: info@injuryfirm.vegas
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET PIROOZSHAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BJ'S RESTAURANTS, INC., a foreign corporation; BJ'S RESTAURANT OPERATIONS COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01962-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 21 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Janet Piroozshad, by and through her attorney Brian M. Boyer, Esq of The Injury Firm | Las Vegas and Defendant BJ'S Restaurants, Inc. and BJ'S Operations Company by and through their attorney Jack Burden, Esq. of Backus | Burden that this matter shall be dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that all parties are to bear their own attorney's fees and costs incurred in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

**1**

**IT IS FURTHER STIPULATED AND AGREED** that this matter shall be closed.

DATED: __5th__ March 2025.                              DATED: __5th__ March 2025

/s/ Brian Boyer                                         /s/ Jack Burden
Brian M. Boyer, Esq.                                    Jack Burden, Esq.
NV Bar No. 12185                                        Nevada State Bar No. 6918
The Injury Firm | Las Vegas                             **BACKUS | BURDEN**
7391 W. Charleston Blvd.                                3050 South Durango Drive
Suite 120                                               Las Vegas, NV 89117
Las Vegas, NV 89117                                     jackburden@backuslaw.com
brian@injuryfirm.vegas                                  *Attorneys for Defendants BJ'S Restaurants,*
*Attorney for Plaintiff Janet Piroozshad*               *Inc. and BJ'S Restaurant Operations*
                                                        *Company*

Submitted by:

**THE INJURY FIRM | LAS VEGAS**

/s/ Brian M. Boyer
BRIAN M. BOYER, ESQ.
7391 W. Charleston Blvd., Suite 120
Las Vegas, NV 89117
*Attorney for Plaintiff*

### ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 10, 2025

2